CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2011 FEB 10 PM 12: 02
DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

ROY DESHAN TAYLOR,  )
Institutional ID No. 641287,  )
SID No. 4311444,  )
  )
      Plaintiff,  )
  )
v.  )    CIVIL ACTION NO.
  )    5:09-CV-182-C
NATHANIEL A. QUARTERMAN,  )    ECF
Director, *et al.*,  )
  )
      Defendants.  )

## ORDER

The United States Magistrate Judge entered a Report and Recommendation on June 29, 2010, and Plaintiff filed his objections on July 16, 2010.

The undersigned United States District Judge has made an independent examination of the record in this case and has examined the findings, conclusions, and recommendations of the Magistrate Judge as well as the specific objections of the Plaintiff. The Court finds that Plaintiff's objections should be overruled in all things, and the Court accepts and adopts the findings, conclusions, and recommendation of the Magistrate Judge.

It is, therefore, ORDERED that Plaintiff's complaint and all claims alleged therein are **DISMISSED WITH PREJUDICE AS FRIVOLOUS and for failure to state a claim.**

Judgment shall be entered accordingly.

This dismissal shall count as a qualifying dismissal under 28 U.S.C. § 1915(g) and *Adepegba v. Hammons*, 103 F.3d 383 (5th Cir. 1996).

Dismissal of this action does not release Plaintiff or the institution where he is

incarcerated from the obligation to pay any filing fee previously imposed. *See Williams v. Roberts*, 116 F.3d 1126, 1128 (5th Cir. 1997).

A copy of this order shall be sent by first class mail to all parties appearing *pro se* and to any attorney of record by first class mail or electronic notification.

Plaintiff is advised that if he appeals this Order, he will be required to pay the appeal fee of $455.00 pursuant to the PLRA, and he must submit an application to proceed *in forma pauperis* and a 6-month Certificate of Inmate Trust Account at the same time he files his notice of appeal.

Any pending motions are **DENIED**.

Dated February 10, 2011.

SAM R. CUMMINGS
United States District Judge